UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:10-CR-83(01) RM |
| ) | |
| RICHARD ESPARZA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 4, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 22], ACCEPTS defendant Richard Esparza's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   October 22, 2010


  /s/ Robert L. Miller, Jr.
Judge, United States District Court